**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                                           CASE NO. 3:96cr89 LAC

ALFRED JAMES HAYES

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on     MARCH 28, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE     on 3/26/08     Doc.# 46

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated        ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                                         Deputy Clerk: Mary Maloy

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant was released from his original sentence on 22 August 2003 to a period of supervised release. He violated his supervised release with a Grade A violation and coupled with a criminal history category VI, he was sentenced to 60 months incarceration which he is now serving. At his violation hearing, the Court did not take into account his base offense level or drug weight as determined at his original sentencing. Defendant, therefore, is not eligible for a sentence reduction under Amendment 706.*

Entered On Docket: _____ By: __

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.